In the Matter of EDWARD F. CURLEY, JR., Respondent, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, Respondents, and JOHN F. X. MASTERSON, Appellant.

Argued October 25, 1945; decided October 26, 1945.

*Fiorello H. La Guardia, Fred Hertan* and *Lewis Abrahams* for appellant.

*John P. McGrath* and *Abraham J. Multer* for petitioner, respondent.

Order affirmed upon the ground that the findings of the courts below are in conformity with the clear weight of the evidence. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.